UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

HASSAN OSMAN,

    Plaintiff,

v.

MICHAEL J. LEJEUNE,

    Defendant.

Civil No. 22-3076 JRT/ECW

ORDER

---

Hassan Osman, Reg. No. 59185-054, Freeborn County Jail, 411 S Broadway Ave. South, Albert Lea, MN 56007, *pro se* petitioner.

Adam J Hoskins, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 S. 4th St., Suite 600, Minneapolis, MN 55415, for respondent.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated April 17, 2023, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner Hassan Osman's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C § 2241 by a Person in Federal Custody (ECF No. 1) is **DENIED AS MOOT**.

2. Petitioner's Motion for a Temporary Restraining Order ("Motion") (ECF No. 7) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 6, 2023
at Minneapolis, Minnesota

                                                    s/John R. Tunheim
                                                  JOHN R. TUNHEIM
                                              United States District Judge